AO 93 (Rev 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>One DataLocker one-terabyte hard drive, serial number 02420941 | Case No. 3:19mj1035(SALM) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of Connecticut
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before July 15, 2019 *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Sarah A. L. Merriam.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 1July2019 3:01pm        /s/ Sarah A. L. Merriam, USMJ
                                                *Judge's signature*

City and state: New Haven, CT        Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3:19mj 1035 (SA-M) | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                        _____
                                                        *Executing officer's signature*

                                                        _____
                                                            *Printed name and title*

## ATTACHMENT A

## PROPERTY TO BE SEARCHED

The property to be searched is a DataLocker one-terabyte hard drive, serial number 02420941, that is presently in the custody of the United States Department of Homeland Security, Homeland Security Investigations in New Haven, Connecticut.



# ATTACHMENT B

## ITEMS TO BE SEIZED

All records and information that constitutes evidence, fruits, and/or instrumentalities of violations of 50 U.S.C. §§ 1701 and 1705 (International Emergency Economic Powers Act), 18 U.S.C. § 554 (smuggling goods from the United States), and 18 U.S.C. § 371 (conspiracy to commit the foregoing violations) (collectively, the "Target Offenses"), for the time period from March 2015 to June 26, 2018, including, but not limited to, the following:

1. Records and information about goods that customers purchased or attempted to purchase from American Laboratory Trading Inc. ("ALT"), and shipping records for such goods, including, but not limited to, the following: requests for quotations; quotations; purchase orders; invoices; export manifests, bills of lading; Salesforce records; logs of received orders; logs of shipped items; method of shipment; tracking numbers for shipments; shipping labels and/or receipts; purchaser information; ultimate consignee; ultimate use and/or destination; bills and communications with shipping companies and freight forwarding companies (such as UPS, FedEx, Pilot Freight Services, and TNT Express); Statements By Ultimate Consignee and Purchaser; and communications regarding such records and information;

2. Records and information about the knowledge by ALT and/or any of its employees of the following: United States export laws and regulations, embargoed nations, individuals or entities listed as Specially Designation Nationals by the United States Treasury's Office of Foreign Assets Control, websites that provided such information, and licensing requirements to export goods to Iran;

3. Records and information about any licenses or applications for licenses allowing ALT to export goods to Iran;

4. Communications by any ALT employee directing any other employee to ship any goods ultimately destined for Iran.